No. 917. FRANKLIN HUFF ET AL., PETITIONERS, *v.* THE UNITED STATES. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. L. Bartlett, Mr. Marion Smith, Mr. John D. Little, Mr. Arthur G. Powell* and *Mr. M. F. Goldstein* for the petitioners. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Wallace* for the respondent.

---

No. 922. BELER WATER HEATER COMPANY, PETITIONER, *v.* PITTSBURGH WATER HEATER COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Melville Church* for the petitioner. No appearance for the respondent.

---

No. 931. PAUL ENGLISH ET AL., PETITIONERS, *v.* ELLA WYMAN BROWN ET AL. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. H. C. Brome* and *Mr. Andrew Foulds, Jr.,* for the petitioners. *Mr. Chauncey G. Parker* for the respondents.